```
                                            ...ED

                                      08 APR 16 PM 4:08


                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                     January 2007 Grand Jury
                                              08 CR 1186    BEN
 UNITED STATES OF AMERICA,     )     Criminal Case No. _____
                               )
              Plaintiff,       )     I N D I C T M E N T
                               )
      v.                       )     Title 8, U.S.C., Secs. 1326(a)
                               )     and (b) - Attempted Entry After
 JAIME LIZARRAGA-LOPEZ,        )     Deportation
                               )
              Defendant.       )
 _____)
```

The grand jury charges:

On or about January 15, 2008, within the Southern District of California, defendant JAIME LIZARRAGA-LOPEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

//

JDM:em:San Diego
4/15/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JAIME LIZARRAGA-LOPEZ was removed from the United States subsequent to June 10, 1996.

DATED: April 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney