1  **CANDIS MITCHELL**
   California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Candis_Mitchell@fd.org

5
   Attorneys for Mr. Jaime Lizarraga-Lopez
6

7

8
                         UNITED STATES DISTRICT COURT
9
                       SOUTHERN DISTRICT OF CALIFORNIA
10
                         **(HONORABLE ROGER T. BENITEZ)**
11

12 | UNITED STATES OF AMERICA,        )  CASE NO.: 08cr1186-BEN
                                      )
13 |        Plaintiff,                )  DATE: JUNE 16, 2008
                                      )  TIME: 2:00 P.M.
14 |                                  )
   | v.                               )  NOTICE OF MOTIONS AND MOTIONS TO:
15 |                                  )
   | **JAIME LIZARRAGA-LOPEZ**,       )  1)   COMPEL DISCOVERY AND
16 |                                  )       PRESERVE EVIDENCE;
   |        Defendant.                )  2)   SUPPRESS ANY STATEMENTS
17 |                                  )       MADE BY MR. LIZARRAGA-LOPEZ;
                                      )       AND,
18                                    )  3)   GRANT LEAVE TO FILE FURTHER
                                      )       MOTIONS.
19                                    )
   |_____ )
20

21 TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
         STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:
22

23        PLEASE TAKE NOTICE that on June 16, 2008, at 2:00 p.m., or as soon thereafter as counsel may

24 be heard, defendant, Jaime Lizarraga-Lopez, by and through his attorneys, Candis Mitchell and Federal

25 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

26 / / /

27 / / /

28 / / /

**MOTIONS**

Defendant, Jaime Lizarraga-Lopez, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery and Preserve Evidence;

(2) Suppress any Statements Made by Mr. Lizarraga-Lopez; and

(3) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 6, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Lizarraga-Lopez
Candis_Mitchell@fd.org