FILED

JUL -1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1186 BEN |
|---|---|---|
| Plaintiff, | ) ) | **SUPERSEDING** <u>I N F O R M A T I O N</u> |
| v. | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JAIME LIZARRAGA-LOPEZ, | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) ) | Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about 11/8/1989, within the Southern District of California, defendant JAIME LIZARRAGA-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

<pre>
 1                          Count 2
 2      On or about  9/26/06   , within the Southern District of
 3 California, defendant JAIME LIZARRAGA-LOPEZ, being an alien,
 4 unlawfully entered or attempted to enter the United States at a
 5 time and place other than as designated by immigration officers,
 6 and eluded examination and inspection by immigration officers, and
 7 attempted to enter or obtained entry to the United States by a
 8 willfully false or misleading representation or the willful
 9 concealment of a material fact and previously committed the offense
10 of illegal entry, as alleged in Count 1; all in violation of
11 Title 8, United States Code, Section 1325, a felony.
12                          Count 3
13      On or about January 15, 2008, within the Southern District of
14 California, defendant JAIME LIZARRAGA-LOPEZ, being an alien,
15 unlawfully entered or attempted to enter the United States at a
16 time and place other than as designated by immigration officers,
17 and eluded examination and inspection by immigration officers, and
18 attempted to enter or obtained entry to the United States by a
19 willfully false or misleading representation or the willful
20 concealment of a material fact and previously committed the offense
21 of illegal entry, as alleged in Count 1; all in violation of
22 Title 8, United States Code, Section 1325, a felony.
23      DATED:  7/1/08  .
24                                 KAREN P. HEWITT
                                   United States Attorney
25
26
27                                 STEWART M. YOUNG
                                   Assistant U.S. Attorney
28
</pre>