# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs  JAIME LIZARRAGA-LOPEZ                                   No.  08CR1186-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __5-6-08__ and ended on __7-1-08__ ;( XE )
__7-1-08__ and ended on __7-21-08__ .(X7/XT)

3161(h)

___ (1)(A)    Exam or hrg for **mental or physical incapacity**                         A

___ (1)(B)    **NARA exam**ination (28:2902)                                            B

___ (1)(D)    State or Federal trials or **other charges pending**                      C

___ (1)(E)    **Interlocutory appeals**                                                 D

_X_ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)             (E)

___ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                 F

___ (1)(J)    **Proceedings under advisement** not to exceed thirty days                G

___           Misc proc:  Parole or prob rev, deportation, **extradition**              H

___ (1)(H)    **Transportation** from another district or to/from examination           6
              or hospitalization in ten days or less

_X_ (1)(I)    Consideration by Court of **proposed plea agreement**                    (7)

___ (2)       **Prosecution deferred** by mutual agreement                              I

___ (3)(A)(B) **Unavailability** of defendant or **essential witness**                  M

___ (4)       Period of **mental or physical incompetence** of defendant to            N
              stand trial

___ (5)       Period of **NARA commitment or treatment**                                O

___ (6)       **Superseding indictment and/or new charges**                             P

___ (7)       **Defendant awaiting trial of co-defendant** when no severance            R
              has been granted

___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than            T
              one of the reasons below are given in support of continuance

___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                  (T1)
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**
_X_           2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**                                      T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,    T4
                   or give reasonable time to prepare
                   **(Continuance re counsel)**

___ 3161(I)   Time up to **withdrawal of guilty plea**                                  U

___ 3161(b)   **Grand jury indictment time extended** thirty (30) more days             W

Date  7/1/08                                                   _____
                                                                Judge's Initials