1 **CANDIS MITCHELL**
California Bar No. 242797
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Candis_Mitchell@fd.org

5

6 Attorneys for Mr. Jaime Lizarraga-Lopez

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE ROGER T. BENITEZ)**

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | CASE NO.: 08CR1186-BEN |
| 13 | Plaintiff, ) | DATE: JULY 21, 2008 |
| | ) | TIME: 9:00 A.M. |
| 14 | v. ) | |
| | ) | **JOINT MOTION TO CHANGE THE DATE OF** |
| 15 | **JAIME LIZARRAGA-LOPEZ**, ) | **THE SENTENCING HEARING** |
| 16 | Defendant. ) | |
| | ) | |

17

18   IT IS HEREBY STIPULATED by and between the parties that the sentencing hearing in this case

19 be changed from July 21, 2008, at 9:00 a.m., to August 4, 2008, at 9:00 a.m., or such other time as

20 convenient for the Court.

21

22   So stipulated:

*s/ Candis Mitchell*
23 Dated: July 8, 2008   **CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
24    Attorneys for Mr. Jaime Lizarraga-Lopez
Candis_Mitchell@fd.org
25

26   *s/ Stewart Young*
Dated: July 8, 2008   **STEWART YOUNG**
27    Assistant United States Attorney

28